UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
FORT WAYNE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>BENJAMIN GLASS,<br><br>Defendant. | CAUSE NO. 1:19-CR-81 DRL-SLC |

OPINION AND ORDER

On July 30, 2021, defendant Benjamin Glass pleaded guilty with a plea agreement before the Magistrate Judge to counts two and five of a six-count indictment, charging him with knowing distribution of five grams or more of methamphetamine and knowing possession of a firearm in furtherance of a drug trafficking crime. *See* 21 U.S.C. § 841(a)(1); 18 U.S.C. § 924(c). The Magistrate Judge recommended the court accept Mr. Glass' guilty plea. Neither party objected to the Magistrate Judge's recommendation, and the time to object has passed. The court now adopts the findings and recommendation in their entirety, including the Magistrate Judge's finding under the CARES Act. Subject to this court's consideration of any plea agreement pursuant to Federal Rule of Criminal Procedure 11(c), the plea of guilty to counts two and five as charged in the indictment is hereby accepted, and the defendant is adjudged guilty of these offenses.

Per the Magistrate Judge's order, sentencing is scheduled for **November 12, 2021, at 11:00 a.m. in Fort Wayne**. Sentencing memoranda must be filed by **November 1, 2021**.

SO ORDERED.

August 16, 2021

*s/ Damon R. Leichty*
Judge, United States District Court